UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-451 (RHK/SRN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MANUEL ARNOLDO NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the defendant's waiver of speedy trial and motion to exclude the period of time from the date of this order through April 21, 2008, from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Waiver of Speedy Trial.

Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through April 21, 2008, shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that trial shall commence on April 21, 2008.

Dated:  3/4/08           s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Court Judge