UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 07-451(1) (PAM)

Plaintiff,

v.                                                                    **ORDER**

Manuel Arnoldo Navarro,

Defendant.

_____

This matter is before the Court on the parties' joint Motion to Dismiss the pending Petition on Supervised Release against Defendant Manuel Arnoldo Navarro.  (Docket No. 107.)  After consideration of the Motion, the record before the Court, and the facts and circumstances of this matter, the Court finds dismissal of the petition is in the interests of justice.

Accordingly, **IT IS HEREBY ORDERED that**:

1.    The parties' Joint Motion to Dismiss the pending Petition on Supervised Release (Docket No. 107) is **GRANTED**;

2.    The Petition on Supervised Release (Docket No. 96) is **DISMISSED**; and

3.    The United States Marshals Service shall release Defendant Manuel Arnoldo Navarro from custody.

Dated: May 14, 2026                         s/ Paul A. Magnuson
                                                               Paul A. Magnuson
                                                               United States District Court Judge